IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

HAROLD WARREN, M.D., )
 )
    Plaintiffs, )
 )
v. ) CIVIL ACTION NO. 3:07-CV-20
 )
 )
UNITED STATES OF AMERICA, )
 )
    Defendant. )

## ORDER

There came the Defendant and moved for extensions of time limits previously set forth in this Court's Scheduling/Discovery Order. After careful consideration and for good cause shown, it is hereby

**ORDERED** that:

Defendant's Response to Interrogatories will be due by August 10, 2007;

Plaintiff will need to file leave within ten (10) days after the Defendant's Responses to Interrogatories if the Plaintiff wishes to conduct depositions;

If no such depositions are necessary, the Plaintiff shall submit a response to the Defendant's Motion to Dismiss by August 31, 2007;

The Defendant shall submit its reply brief by September 14, 2007.

Date: 10-3-2007

UNITED STATES DISTRICT JUDGE

FILED
OCT - 3 2007
U.S. DISTRICT COURT
WHEELING, WV 26003